McGREGOR W. SCOTT
United States Attorney
R. STEVEN LAPHAM
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2724

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CR. NO. S-99-0134 LKK |
| Plaintiff, ) | |
| ) | GOVERNMENT'S MOTION TO |
| v. ) | DISMISS INDICTMENT |
| ) | |
| WILLIAM B. YU and ) | |
| JUSTINA K. CHEUNG, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States respectfully moves this court for an order dismissing the above-captioned indictment filed on April 2, 1999.

This motion is based on the fact that the defendants were the subject of another federal indictment to which they plead guilty and have been sentenced.  As a consequence, the government does not intend to pursue the remaining charges.

DATED:   December 19, 2006

                                    McGREGOR W. SCOTT
                                    United States Attorney


                                    By: s/R. Steven Lapham
                                       R. STEVEN LAPHAM
                                       Assistant U.S. Attorney

1

```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  R. STEVEN LAPHAM
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone:  (916) 5542724

 5

 6           IN THE UNITED STATES DISTRICT COURT FOR THE

 7                  EASTERN DISTRICT OF CALIFORNIA

 8
    UNITED STATES OF AMERICA,      )
 9                                 )        CR. NO. S-99-0134 LKK
               Plaintiff,          )
10                                 )        ORDER DISMISSING
         v.                        )        INDICTMENT
11                                 )
    WILLIAM B. YU and              )
12  JUSTINA K. CHEUNG,             )
                                   )
13             Defendants.         )
    _____)
14

15       Based on the government's motion to dismiss the above-

16  captioned indictment against William B. Yu and Justina K. Cheung,

17       IT IS HEREBY ORDERED that the above-captioned Indictment

18  be and hereby is dismissed.

19  DATED: December 19, 2006

20

21
                              _____
22                            LAWRENCE K. KARLTON
                              SENIOR JUDGE
23                            UNITED STATES DISTRICT COURT

24

25

26

27

28

                                 2
```